ROSCOE G. NORTON, Respondent, *v.* THE NEW YORK
CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Appellant.

*Norton v. N. Y. C. & H. R. R. R. Co.*, 149 App. Div. 931, affirmed.
(Argued January 13, 1914; decided January 27, 1914.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered March 22, 1912, affirming a judgment in favor
of plaintiff entered upon a decision of the court at a
Trial Term without a jury in an action of ejectment.

*Charles E. Snyder* for appellant.

*Richard R. Martin* and *William E. Seavey* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, CUDDE-
BACK and MILLER, JJ. Dissenting: WILLARD BARTLETT,
Ch. J.